SHARON MAXWELL
Bankruptcy Trustee
CHAPTER 7 TRUSTEE
177 NORTH CHURCH STE 625
TUCSON, AZ 85701
(520) 623-7401

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| In re: | ) CHAPTER 7 |
|---|---|
| | ) |
| GARCIA, DAVID C | ) CASE NO. 08-15416-EWH |
| GARCIA, NORMA E | ) |
| | ) |
| | ) PETITION TO PAY |
| Debtor(s) | ) DIVIDEND IN AMOUNT LESS |
| | ) THAN $5.00 TO THE CLERK OF |
| | ) THE U.S. BANKRUPTCY COURT |

SHARON MAXWELL, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in §347 of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|
| SEE ATTACHED | SEE ATTACHED | SEE ATTACHED |

*October 28, 2010*
DATE

/s/ *Sharon Maxwell*
Sharon Maxwell, Trustee

| Claim # | Payee Name | Class | Priority | Amt Claimed * / Amt Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $23.00 |
| | **Claim Type 7100-00 - General Unsecured 726(a)(2)** | | | | | | | |
| 000001 | TARGET NATIONAL BANK C O WEINSTEIN AND RILEY, PS 2001 WESTERN AVENUE, STE 400 SEATTLE, WA 98121 | Unsec | 070 | $4,237.03 * $4,237.03 Percent Paid: 7.79485 % | $325.75 | $3,911.28 | $4.52 | $18.48 |
| 000002 | TARGET NATIONAL BANK C O WEINSTEIN AND RILEY, PS 2001 WESTERN AVENUE, STE 400 SEATTLE, WA 98121 | Unsec | 070 | $299.20 * $299.20 Percent Paid: 7.79412 % | $23.00 | $276.20 | $0.32 | $18.16 |
| 000003 | Natl Cred Investg Bure 1930 S Alma School Rd St Mesa AZ 85210 | Unsec | 070 | $1,407.00 * $1,407.00 Percent Paid: 7.79460 % | $108.17 | $1,298.83 | $1.50 | $16.66 |
| 000005 | PYOD LLC its successors and assigns as assignee of Citibank Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Unsec | 070 | $466.37 * $466.37 Percent Paid: 7.79424 % | $35.86 | $430.51 | $0.49 | $16.17 |
| 000006 | PYRAMID CREDIT UNION P. O. BOX 12100 TUCSON AZ 85732 | Unsec | 070 | $499.08 * $499.08 Percent Paid: 7.79635 % | $38.37 | $460.71 | $0.54 | $15.63 |
| 000007 | Roundup Funding, LLC MS 550 PO Box 91121 Seattle, WA 98111-9221 | Unsec | 070 | $961.41 * $961.41 Percent Paid: 7.79480 % | $73.91 | $887.50 | $1.03 | $14.60 |
| 000008 | Roundup Funding, LLC MS 550 PO Box 91121 Seattle, WA 98111-9221 | Unsec | 070 | $732.69 * $732.69 Percent Paid: 7.79457 % | $56.33 | $676.36 | $0.78 | $13.82 |

Case Number: 08-15416   EWH   Page 2   Date: October 28, 2010
Debtor Name: GARCIA, DAVID C \ GARCIA, NORMA E

| Claim # | Payee Name | Class | Priority | Amt Claimed * / Amt Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Claim Type 7100-00 - General Unsecured 726(a)(2) | | | | | | | |
| 000009 | Recovery Management Systems Corporation For GE Money Bank dba CARE CREDIT/GEMB 25 SE 2nd Ave Ste 1120 Miami FL 33131 | Unsec | 070 | $3,337.00* $3,337.00 Percent Paid: 7.79473 % | $256.55 | $3,080.45 | $3.56 | $10.26 |
| 000010 | Recovery Management Systems Corporation For GE Money Bank dba MICHELIN/GEMB 25 SE 2nd Ave Ste 1120 Miami FL 33131 | Unsec | 070 | $410.43* $410.43 Percent Paid: 7.79426 % | $31.56 | $378.87 | $0.43 | $9.83 |
| 000011 | eCAST Settlement Corporation assignee of HSBC Bank NA/Direct Merchants Credit Card Bank NA POB 35480 Newark NJ 07193-5480 | Unsec | 070 | $4,817.64* $4,817.64 Percent Paid: 7.79469 % | $370.39 | $4,447.25 | $5.13 | $4.70 |
| 000012 | Sallie Mae c/o Sallie Mae Inc 220 Lasley Avenue Wilkes-Barre, Pennsylvania 18706 | Unsec | 070 | $556.79* $556.79 Percent Paid: 7.79468 % | $42.81 | $513.98 | $0.59 | $4.11 |
| 000013 | Recovery Management Systems Corporation For GE Money Bank dba DILLARD'S AMERICAN EXPRESS 25 SE 2nd Ave Ste 1120 Miami FL 33131 | Unsec | 070 | $1,450.54* $1,450.54 Percent Paid: 7.79503 % | $111.52 | $1,339.02 | $1.55 | $2.56 |
| 000014 | Recovery Management Systems Corporation For GE Money Bank dba CHEVRON TEXACO PLCC 25 SE 2nd Ave Ste 1120 Miami FL 33131 | Unsec | 070 | $437.16* $437.16 Percent Paid: 7.79577 % | $33.61 | $403.55 | $0.47 | $2.09 |

| Claim # | Payee Name | Class | Priority | Amt Claimed *<br>Amt Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | **Claim Type 7100-00 - General Unsecured 726(a)(2)** | | | | | | | |
| 000015 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba LOWES CONSUMER<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Unsec | 070<br>Percent Paid: 7.79582 % | $471.15*<br>$471.15 | $36.22 | $434.93 | $0.51 | $1.58 |
| 000016 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba MERVYN'S<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Unsec | 070<br>Percent Paid: 7.79393 % | $437.52*<br>$437.52 | $33.64 | $403.88 | $0.46 | $1.12 |
| 000017 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba DILLARD'S AMERICAN EXPRESS<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Unsec | 070<br>Percent Paid: 7.79454 % | $1,048.17*<br>$1,048.17 | $80.58 | $967.59 | $1.12 | $0.00 |
| | Subtotal For Claim Type 7100-00 | | | $21,569.18*<br>$21,569.18 | $1,658.27 | $19,910.91 | $23.00 | |
| | Subtotals For Class Unsecured  7.79478 % | | | $21,569.18*<br>$21,569.18 | $1,658.27 | $19,910.91 | $23.00 | |
| | << Totals >> | | | $21,569.18<br>$21,569.18 | $1,658.27 | $19,910.91 | $23.00 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.